(No. 73-CC-417—Claimant

BEHAVIOR MODIFICATION TECHNOLOGY, INC., Columbus, Ohio, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed September 5, 1973.*

BEHAVIOR MODIFICATION TECHNOLOGY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-425—Claimant

CATHOLIC CHARITIES OF ARCHDIOCESE OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed September 5, 1973.*

CATHOLIC CHARITIES OF ARCHDIOCESE OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.